UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MICHAEL B. KAPLAN
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on
9/16/2005
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

WALTER W & CONNIE L ANDERSON

Debtor(s)

Case No.   05-18091 / KCF

Adv. No.

Hearing Date:   09/07/05

Judge:   KATHRYN C FERGUSON

# ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 9/16/2005**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor:    WALTER W & CONNIE L ANDERSON

Case No:    05-18091 / KCF

Caption of Order:  ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to creditors, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED**  that the plan of the above named debtor, dated 03/16/05 , or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. 1326 with funds received from the debtor; and it is further

**ORDERED** that to the extent that Section 6 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified here:

**ORDERED** that the debtor shall pay the Standing Chapter 13  Trustee, MICHAEL B. KAPLAN, the sum of
**$ 200.00  for a period of 36  months**  beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. 586.

**ORDERED**  that the debtor's attorney be and hereby is allowed a fee of $ 2,000.00 .  The unpaid balance of the allowed fee in the amount of $ 1,694.00  shall be paid to said attorney by the Chapter 13 trustee.

*Approved by Judge Kathryn C. Ferguson  September  16, 2005*

**(Page 3)**

Debtor:    WALTER W & CONNIE L ANDERSON

Case No:   05-18091 / KCF

Caption of Order:  ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** that the Standing Trustee is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a).

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** as follows:

Notwithstanding that the Plan provides for a fixed percentage or base dividend payment to general unsecured creditors, Debtor shall make such plan payments to the Trustee so as to satisfy the requirements of 11 U.S.C.Section 1325(b)(1)(B).

*Approved by Judge Kathryn C. Ferguson  September 16, 2005*